PERRIN *et al.* v. DOUGLAS.

HOLDEN, J. Under the pleadings and the competent evidence admitted without objection, the verdict directed by the court in favor of the plaintiff was demanded; and none of the assignments of error require a reversal.

*Judgment affirmed. All the Justices concur, except Evans, P. J., dissenting.*

FEBRUARY 24, 1911.

Equitable petition. Before Judge Pendleton. Fulton superior court. December 11, 1909.

The cause of action was an alleged mutual mistake of calculation in taking notes for the purchase-price of land sold to the defendant.

*R. B. Blackburn,* for plaintiffs in error.

*Westmoreland Brothers,* contra.